ARNOLD WIESENFELD v. MAYOR AND COUNCIL OF THE
BOROUGH OF NORTH HALEDON.

July 13, 1983.

Petition for certification denied.

CARLTON J. BRUEN, INC. v. FIRST NATIONAL STATE
BANK OF NEW JERSEY.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JEROME SANDERS.

July 13, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN R. TURPIN.

July 13, 1983.

Petition for certification denied.